230 So.2d 92

**Oliver PARNELL**

v.

**Claude E. BAHAM, Clay-Dutton, Inc., Lumbermens Mutual Insurance Company and Travelers Insurance Company.**

No. 50290.

Jan. 20, 1970.

In re: Oliver Parnell applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 228 So.2d 53.

Writ refused. Under the facts found by the Court of Appeal there is no error of law in the judgment.